THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(D)(2), SCACR.  
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
South Carolina Department of Social Services, Respondent,
v.
Tina Gary, Jeff Blanton, John Doe, whose true name is unknown, and Faith Lynn Gary, a minor child, DOB: 8/3/03, Defendants, of whom Tina Gary is
Appellant.
 
 
 

Appeal From Greenwood County
 Joseph W. McGowan, III, Family Court Judge

Unpublished Opinion No. 2006-UP-288
Submitted June 1, 2006  Filed June 21, 2006   

AFFIRMED

 
 
 
Robert Wallis Cone, The Cone Law Firm, PC, of Greenwood, Tina Gary, of Columbia, for Appellant.
Scarlet Bell Moore, Dept. of Social Services, of Greenwood, for Respondent.
Joseph Collins Smithdeal, of Greenwood, Ayers Smithdeal & Bettis, PC, for Guardian Ad Litem.
 
 
 

PER CURIAM:  This appeal arises from the termination of Tina Garys parental rights to her minor child, Faith.  The court based its decision on three grounds:  1) harm to the child from Garys severe or repetitious neglect; 2) the parent has a diagnosable condition unlikely to change within a reasonable time; and 3) the child has been in DSS custody for 15 of 22 months.  See S.C. Code Ann. § 20-7-1572(1), (6), and (8) (Supp. 2005).  Additionally, the court found termination was in the best interests of the child.  See S.C. Code Ann. § 20-7-1572 (Supp. 2005).
After a thorough review of the record pursuant to Ex parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we affirm the family courts ruling and grant counsels petition to be relieved.
AFFIRMED.[1]
KITTREDGE, SHORT, and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.